## A. B. McCARTER v. ATLANTA AND CHARLOTTE AIR LINE RAILWAY COMPANY AND THE SOUTHERN RAILWAY COMPANY.

(Filed 31 May, 1924.)

**Appeal and Error—Precedent—Divided Court.**

When the Supreme Court is equally divided on appeal, the judgment of the lower court will be affirmed without establishing a precedent.

APPEAL by plaintiff from *Stack, J.,* at March Term, 1924, of GASTON.

Civil action to recover damages for an alleged negligent injury sustained by the plaintiff while in the discharge of his duties as an employee of the defendant Southern Railway Company.

From a judgment of nonsuit entered at the close of plaintiff's evidence, plaintiff appeals.

*Mangum & Denny for plaintiff.*
*Oscar F. Mason and George B. Mason for defendant.*

STACY, J. The Court being evenly divided in opinion—the death of *Chief Justice Clark* leaving only four members present—the judgment of the lower court is affirmed, and stands as the decision in this case without becoming a precedent. *Miller v. Bank,* 176 N. C., 152; *Durham v. R. R.,* 113 N. C., 240.

Affirmed.